AO 106 Application for a Search Warrant

 # UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>a Red, Hyundai Sedan bearing AZ license plate 4GA99B<br>property located at 10285 East Oak Street, Scottsdale, Arizona<br>(within the confines of the Salt River Pima-Maricopa Indian<br>Community). | Case No.   23-9228 MB<br><br>**(Filed Under Seal)** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 & 1111 | CIR-First Degree Murder |

The application is based on these facts:

**See attached Affidavit of Special Agent Daniel F. Baker**

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Jennifer E. LaGrange

*Digitally signed by JENNIFER LAGRANGE Date: 2023.03.30 17:19:23 -07'00'*

DANIEL BAKER
*Digitally signed by DANIEL BAKER Date: 2023.03.30 17:14:42 -07'00'*

*Applicant's Signature*

Daniel F. Baker, FBI Special Agent
*Printed name and title*

Sworn to telephonically.

Date: ___3/30/2023@7:15pm___

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

# **Attachment A**

## **Property to be searched**

**Vehicle to be searched:**  Red, Hyundai Sedan bearing AZ license plate 4GA99B, pertaining to ongoing FBI Investigation 198A-PX-3705046 and G.B., the victim in the investigation.

**Location of vehicle:**  10285 East Oak Street, Scottsdale, Arizona (within the exterior boundaries of the Salt River Pima-Maricopa Indian Community).






## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

Evidence in the form of:

1. Firearms or weapons that may have been used to kill, assault, or dismember G.B.

2. Firearm ammunition, spent casings, bullets, bullet fragments, firearm components or other firearm related items that may have been used in the killing or assault of G.B.

3. DNA (deoxyribonucleic acid), hairs, fibers, blood, fingerprints (seen and unseen), footprints (seen and unseen), and other forensic evidence or trace evidence as it pertains to the alleged killing of G.B.

4. Indicia of ownership, use, or occupancy of the property, including such things as ownership documents (e.g., registration, tax records, the title to the property) maintenance records, mail that may have been left in the property, photographs of the owner or occupants of the property.

5. Clothing or other personal articles which may contain trace evidence of G.B.'s killing and/or G.B. in the form of blood, hair, or bodily fluids.

which may be located inside of a Red, Hyundai Sedan bearing AZ license plate 4GA99B which is currently located at 10285 East Oak Street, Scottsdale, Arizona, 85256 (within the exterior boundaries of the Salt River Pima-Maricopa Indian Community).

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Daniel F. Baker, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     As detailed herein, there is probable cause to believe that on or about January 31, 2023, within the confines of the Salt River Pima-Maricopa Indian Community ("SRPMIC"), in the District of Arizona, ABELARDO LOPEZ and DANIEL MACKETT shot and killed G.B., in violation of 18 U.S.C. §§ 1153 & 1111 (CIR-First Degree Murder). On or about December 29, 2022, G.B. was reported missing to the Salt River Police Department ("SRPD").    Witnesses advised that ABELARDO LOPEZ and DANIEL MACKETT assaulted G.B., and forced G.B. into ABELARDO LOPEZ's vehicle, later identified as Red, Hyundai Sedan bearing AZ license plate 4GA99B (hereinafter "TARGET VEHICLE") in the days before G.B.'s disappearance. Witnesses also indicated that ABELARDO LOPEZ and DANIEL MACKETT shot G.B., burned his body, and placed his remains into containers.  Before it was burned, G.B.'s body was said to have been placed into the trunk of a white, four-door sedan located on the west side of the property located at 2087 North Extension Road, Scottsdale, Arizona.  Given that multiple witnesses say that they saw G.B.'s body placed into the TARGET VEHICLE, there is reason to believe that there is biological evidence of G.B.'s homicide, and the events leading up to it in the TARGET VEHICLE.  I make this affidavit in support of an application for a warrant to search the TARGET VEHICLE for evidence pertaining to the alleged homicide of G.B.

2.     I am a graduate of the FBI Academy in Quantico, Virginia. I have been employed with the FBI since June 2015.  I am currently assigned to the FBI Phoenix

Division, and have primary investigative responsibility in Indian Country matters, including violent crimes such as homicide, sexual assault, and aggravated assault.

3.     I have been trained in various aspects of law enforcement, including the search and seizure of forensic evidence (like DNA) in vehicles.  I have also been involved in multiple investigations in which evidence, including forensic evidence, has been seized, searched, and forensically examined.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of a violation of 18 U.S.C. §§ 1153 & 1111 is located within the TARGET VEHICLE, more fully described in Attachment A.

5.     This Court has jurisdiction over this offense under 18 U.S.C. § 1153 because the below-described events occurred on the SRPMIC, a federally-recognized tribe, and ABELARDO LOPEZ and DANIEL MACKETT are enrolled members of the SRPMIC.

## PROBABLE CAUSE

### Initial Missing Person Report and Response

6.     On January 5, 2023, officers from the Salt River Police Department ("SRPD") Criminal Investigative Division were notified of a missing person. The reporting party, J.P., reported her boyfriend, G.B., missing on approximately December 29, 2022. J.P. was G.B.'s girlfriend, and the mother of G.B.'s children. She described her relationship with G.B. as "on and off" for 8 years. J.P. is enrolled with the SRPMIC. J.P. and G.B. did not reside together.  J.P. lives off the reservation with their two children.  G.B. lived on the

2

reservation, in a trailer on property owned by D.M.  J.P. indicated that she believed G.B. went missing on December 19, 2022, because that is when he stopped messaging her, which was unlike him.

7.       SRPD Detective Tamra Lundy interviewed J.P.  J.P. said she was worried something happened to G.B.  J.P. last saw G.B. on December 11, 2022, at Talking Stick Resort.  G.B. last contacted J.P. via text message on the morning of December 19, 2022, when G.B. said he was coming to visit the children. J.P. became worried when G.B. did not come to see the children after saying he would on December 19, 2022, and did not answer any of her calls or text messages. G.B. also missed Christmas with his children, and did not see them or J.P. on December 27, 2022, which was G.B.'s birthday. G.B. had previously told J.P. that he was going to come on Christmas, because had presents for the children. J.P. also had plans with G.B. for New Year's Eve, and he did not show up or communicate with her.  J.P. said it was completely out of character for G.B. to not see his children.

8.       On December 29, 2022, J.P. went to G.B.'s trailer, located within the exterior boundaries of the SRPMIC.  J.P. saw all of G.B.'s belongings still inside. J.P. said that G.B. would not have left without taking his belongings, especially his two electric bicycles, which were still inside the trailer. J.P. did not see anyone else at the trailer. The door to the trailer was open, and there were no obvious signs that a struggle had occurred.

9.       J.P. spoke to D.M., who owned the property and had let G.B. stay in the trailer. According to J.P., D.M. told her that DANIEL MACKETT had asked G.B. to leave. D.M. said DANIEL MACKETT "ran him off."  D.M. had DANIEL MACKETT and D.A. chase G.B. D.M. was laughing when she said this. D.M. was upset because G.B. was stealing E.M.'s belongings. E.M. was D.M.'s son, who had recently committed suicide.

D.M. told J.P. that G.B. was selling drugs, and she wanted him to leave so that she did not get in trouble with the police. At a later time, J.P. disclosed that G.B. had been selling methamphetamine and fentanyl pills in large amounts.

10.     J.P. said that G.B. did not have a history of mental illness or suicide attempts. G.B. did not take medications, have any illnesses, or have a history of leaving for long periods of time without contacting anyone.

11.     A phone ping was conducted for G.B.'s last known phone number, (602) 582-6573, which continued for 48 hours and returned no results.  Based on my training and experience, this indicates that the phone was not powered on or in use.  When called, the number goes straight to voicemail.   An open-source check of the number indicated that its carrier was T-Mobile, Inc. G.B.'s social media was viewed, and the last post made by G.B. was on December 17, 2022.

12.     On January 6, 2023, the Maricopa County Office of the Medical Examiner was called. No deceased persons matched the descriptors and time frames for G.B. The Arizona Department of Corrections database was queried to see if G.B. had been taken into custody.  A review of the database did not show G.B. in custody.  The Phoenix Fire Department was contacted and an alert for G.B. with his descriptors was requested to be put out in the Phoenix Metropolitan area for one week to alert all the hospitals of his identity.  The request revealed negative results.

**Reports From Abelardo Lopez's Mother**

13.     On January 10, 2023, L.L., ABELARDO LOPEZ's mother, informed officers from the SRPD that her son, ABELARDO LOPEZ, had something to do with G.B.'s disappearance. L.L. advised officers that on Christmas Eve, ABELARDO LOPEZ arrived at her home and stated he had to kill people because of her. L.L. questioned

ABELARDO LOPEZ about this, and he stated he had to kill someone, and had to kill another person two days prior because of L.L. ABELARDO LOPEZ threatened to kill L.L. if she told anyone this information. L.L. gave ABELARDO LOPEZ a hug, and felt a firearm in the back of his waistband. L.L. advised that she did not physically see the weapon.

14.     On January 11, 2023, L.L. disclosed to SRPD Detective Treva Olivas that ABELARDO LOPEZ had made a statement after being released from prison, stating that while incarcerated, he had learned how to hide bodies in septic tanks.

15.     On January 18, 2023, investigators from the SRPD, FBI Central Arizona Safe Trails Task Force ("CASTTF"), and Maricopa County Sheriff's Office Search and Rescue conducted a consent search of G.B.'s last known residence, after receiving consent from D.M. No items of evidentiary value were located. The inside of the residence appeared to have been stripped of all of G.B.'s belongings.

16.     On January 20, 2023, L.L. called 911, stating that ABELARDO LOPEZ had just fled from her house after admitting to killing G.B., and she was in fear of what he may do. L.L. then asked 911 operators not to send police because she was in fear for her life if ABELARDO LOPEZ found out she had called. SRPD Detective Lundy then spoke to L.L. via telephone. L.L. explained that she arrived at her residence to find ABELARDO LOPEZ there. He told her he was there to apologize. L.L. said he was calm and made statements that he was not going back to jail. L.L. believed ABELARDO LOPEZ was hinting that he would either fight with police or commit suicide. L.L. then asked ABELARDO LOPEZ if this was in reference to him killing someone. L.L. asked who he had killed. L.L. said ABELARDO LOPEZ then stated, "I killed that [racial slur G.B.]." L.L. asked him why, and he stated it was because G.B. was stealing from the elderly. L.L. was unable to ask

5

more questions, as ABELARDO LOPEZ saw a helicopter flying overhead in the area, and became paranoid, quickly leaving the scene.

17.     On January 20, 2023, L.L. requested that that SRPD conduct additional patrols around her residence.  Due to the recent threats made by ABELARDO LOPEZ to L.L., she requested the extra presence of law enforcement around her home as often as possible.

**Daniel Mackett Interview**

18.     On January 21, 2023, DANIEL MACKETT was arrested by the SRPD on unrelated charges.  Mesa PD Detective and FBI CASTTF TFO Scott Krassow and I interviewed DANIEL MACKETT at the SRPD Indian School Substation.  When advised of the reason for the interview, DANIEL MACKETT stated, "I don't know no Glenn's." After being shown a photograph of G.B., DANIEL MACKETT denied knowing him.  He said he did not know any "black guys on the rez" and denied that the two ever crossed paths in the "streets."  DANIEL MACKETT advised that the only time he had been exposed to that "race" was when he was in prison.  He did not know where G.B. or his body would be located.  He further denied ever fighting G.B., stating that his last fight was in prison in 2016.  DANIEL MACKETT has since been released from SRPD custody.

**Arrest of Abelardo Lopez on Unrelated Matters**

19.     On January 25, 2023, the SRPD issued an Officer Safety/PC To Arrest bulletin regarding ABELARDO LOPEZ.  The bulletin indicated that ABELARDO LOPEZ had two tribal arrest warrants and was believed to be armed and dangerous.

20.     Based on the previous information, as well as ABELARDO LOPEZ's extensive criminal history, to include misconduct involving weapons and being a

prohibited possessor of firearms, I opened FBI investigation 198V-PX-3711453 to assist the SRPD in the location and apprehension of ABELARDO LOPEZ.

21.     On January 31, 2023, dispatchers from the SRPD confirmed that ABELARDO LOPEZ had two outstanding tribal warrants for misconduct involving weapons, illegal possession of firearms, and violation of his probation.  On that afternoon, members of the FBI CASTTF conducted surveillance at 2087 North Extension Road, Scottsdale, Arizona, which was the last known address of ABELARDO LOPEZ.  At approximately 4:00 p.m., ABELARDO LOPEZ was observed exiting out of a structure on the property.  He entered into a small red sedan, identified as the TARGET VEHICLE. ABELARDO LOPEZ left the property in the red sedan, where he was followed off of the reservation into Mesa.  He drove the red sedan back to 2087 North Extension Road, and was observed re-entering the main structure.  After ABELARDO LOPEZ went back into the main structure on the property, SRPD Detective and CASTTF TFO Cenia Kila authored a tribal search warrant in order to enter 2087 North Extension Road structures and apprehend ABELARDO LOPEZ.

22.     During surveillance, FBI CASTTF members took the following surveillance photograph of the property.  In that photograph, investigators observed a white trailer on the west side of the property.  To the west of the trailer is a fence that is covered in a white fabric.  In between the fence and the trailer appears to be the top of a white object that appears to be consistent with the top of a vehicle.  Also seen in the photograph is a small red sedan, that was later identified as the TARGET VEHICLE:



23.    The SRPD made an official request to the FBI Phoenix Field Office to have the FBI Phoenix SWAT team execute the tribal search warrant and take ABELARDO LOPEZ into custody.  FBI Phoenix SWAT arrived to take him into custody.  FBI Phoenix SWAT conducted a surround and call-out to have ABELARDO LOPEZ leave the main structure.  ABELARDO LOPEZ proceeded to barricade himself in the main structure for over approximately seven hours.  During that time, ABELARDO LOPEZ threatened operators and appeared to be under the influence of drugs.

24.    After the hours-long standoff, ABELARDO LOPEZ was observed lighting small pieces of unknown material on fire and throwing them on various items in the main structure.  At one point, he lit an unknown piece of material and tossed it onto a Christmas tree.  As a result, the entire home became engulfed in flames, causing ABELARDO LOPEZ to flee out of the structure and into the desert.  He was ultimately apprehended by FBI CASTTF members.  He was later booked into the SRPD Department of Corrections.

## Search of North Extension Road Property

25.     On February 2, 2023, members of the FBI Phoenix Evidence Response Team executed Federal Search Warrant 23-034MB at the North Extension Road property for the main structure and aforementioned TARGET VEHICLE.   The search warrant for the property and vehicle was signed by U.S. Magistrate Judge Michelle H. Burns on February 1, 2023.   Though the TARGET VEHICLE was searched, we had not yet received the information contained in the affidavit pertaining to the CHS and A.R.   During the search, photographs of the property were taken.   One photograph in particular was taken in the direction of a white trailer that was located on the west side of the property.   Directly next to (west of) the trailer appears to be a white sedan.   Based on this photograph and the surveillance photograph above, there is probable cause that the white sedan below is the same as the white object seen in the surveillance photograph:



**Interview of A.O.**

26.     On February 2, 2023, SRPD Detective Lundy spoke with A.O after being made aware that A.O. had information that may be relevant to the missing person investigation. A.O. explained that approximately 3 weeks ago, she was residing in a trailer at 2055 North Extension Road, Scottsdale, Arizona. This property is connected to, and just east of, 2087 North Extension Road, where ABELARDO LOPEZ resides. A.O. had been residing at this location for approximately two weeks, throughout Christmas. A.O. pointed to the residence that she was residing in on a printed overview of the property, and confirmed it was the trailer located at 2055 North Extension Road.

27.     A.O. said ABELARDO LOPEZ knocked on her door right after Christmas, and asked her for a "red shovel." A.O. did not know what shovel he was referencing, and ABELARDO LOPEZ left. That same night, at approximately 10:00 p.m., A.O. heard what she described as digging or shovel noises and saw ABELARDO LOPEZ digging to the southwest of the trailer she was residing in. A.O. did not see anyone with him. A.O. pointed to the area that she remembered the hole was located at on a printed overview of the property, and Detective Lundy noted it was just southwest of 2055 North Extension Road.

28.     A.O. said that on December 29, 2022, ABELARDO LOPEZ was near the same hole A.O. had seen him digging previously. A.O. described the hole as approximately two feet deep and five feet wide. A.O. only saw dirt inside the hole. ABELARDO LOPEZ told A.O. not to let her three-year-old daughter near the hole because it contained sulfuric acid and would burn her daughter's skin. A.O. said she did not see anything else in the area and stayed away from the area during her time at the residence. When ABELARDO LOPEZ told her about the acid, his brother, J.M., was also near the hole.

29.    On February 3, 2023, based on the previously reported information, U.S. Magistrate Judge Michelle H. Burns issued Federal Search Warrant 23-0047MB, for search of property within 100 feet of GPS Coordinates 33.470677, -111,845341.  During the search warrant, which was executed by the FBI Phoenix Evidence Response Team (ERT), multiple items of evidence were collected.  Those items included a shovel with remnants of red paint, a yellow extension cord, and a shovel with a green colored band and a detached handle with a green end.  G.B.'s remains were not located.

**Interview With Confidential Human Source**

30.    On March 16, 2023, Mesa Police Department Detective and FBI CASTTF TFO Mike Knueppel and I interviewed a confidential human source (hereinafter, "CHS") that has previously worked for, and is currently providing information to, the Mesa Police Department.  According to the Mesa Police Department, CHS has provided reliable information in the past, and been receptive to tasking from law enforcement.  According to the Mesa Police Department, though CHS has a criminal history, CHS is not currently facing charges, and CHS has not provided information in exchange for leniency in charging or lessening punishment.  According to documents provided by the Mesa Police Department, CHS does not appear to have been convicted of a felony, or have been charged with a crime, since approximately 2017. According to the Mesa Police Department, CHS has been provided monetary compensation on approximately three occasions.  CHS has been provided no more than $1,000 at any one time.  On the occasion that CHS was paid $1,000, his/her information led to the location and arrest of a violent offender on the SRPMIC.  CHS has also provided information that ultimately led to the location and arrest of other violent offenders that were subjects of FBI and SRPD investigations.

31.     CHS said s/he was present on the day that G.B. was last seen alive, which according CHS, was a couple days before Christmas. According to CHS, G.B. was living in a trailer on 92nd Street, located across an open field from a home belonging to D.M.

32.     CHS and G.B. had previously known each other, as CHS had purchased drugs from G.B. in the past. G.B. was known to be involved in the drug game on the SRPMIC, having been known to sell "blues" and methamphetamine.

33.     Shortly after CHS arrived at the trailer, an unknown male individual showed up, looking to purchase drugs from G.B. After telling the male that he did not have any, the male left. Approximately five minutes later, ABELARDO LOPEZ and DANIEL MACKETT "kicked the door in." As they came in the door, they told G.B. to get on the floor and yelled, "I told your ass to stay off of the rez, how come you didn't listen to us?" They followed it up by saying "where's the stuff?" leading CHS to initially believe that they were there to rob G.B. Though G.B. pleaded that he didn't have anything, the two "ransacked" the place.

34.     When DANIEL MACKETT noticed that CHS was in the room, he began to yell, "who the fuck is that?" and got upset until ABELARDO LOPEZ calmed him down, saying that he knew CHS and that it was going to be all right. ABELARDO LOPEZ apologized, but asked where "the stuff was?" When they came in the trailer, both ABELARDO LOPEZ and DANIEL MACKETT appeared to have long guns or rifles in their hands. Both pointed their firearms at G.B. immediately, while yelling for him to get on the floor. One of them "socked" G.B. with their fist, causing him to go to the floor. As he did, both started to kick G.B. As they screamed, "where the fuck is it?" G.B. responded, "I don't got nothing man." Either ABELARDO LOPEZ or DANIEL MACKETT yelled

12

"why didn't you listen to us, we told you to stay off of the rez." It was because of these statements that CHS believed the incident had been pertaining to drugs.

35.     According to CHS, ABELARDO LOPEZ and G.B. had been friends at one time. G.B. had been living in a trailer on the property at 2087 North Extension Road. However, it had long been rumored that G.B. had attempted to "get with" ABELARDO LOPEZ's "girl."

36.     ABELARDO LOPEZ and DANIEL MACKETT initially thought that G.B. had been knocked out. When they realized that he was not, they got him to his feet and told him to walk outside and get in the car. As CHS contemplated what to do, ABELARDO LOPEZ told him/her he would take him/her wherever s/he wanted to go. At this point, ABELARDO LOPEZ and DANIEL MACKETT had guns in their hands, but they had them pointed down towards the ground.

37.     As G.B. was walking to the car, he kept asking "bro, why are you doing this" or saying "you don't have to do this." Either ABELARDO LOPEZ or DANIEL MACKETT replied, "well we told you what we told you, so why didn't you listen to us." G.B. then got into the back seat of the vehicle. CHS described the vehicle as a small, red car. CHS stated it was known to belong to ABELARDO LOPEZ. CHS knew him to drive a small red car. Given this information and information already provided in this affidavit, there is probable cause that the small, red car is the TARGET VEHICLE.

38.     Inside the TARGET VEHICLE, ABELARDO LOPEZ and DANIEL MACKETT sat in the front. ABELARDO LOPEZ was driving, and DANIEL MACKETT sat in the passenger seat. Both had their firearms, described as being in their laps. G.B. and CHS were in the back of the vehicle. ABELARDO LOPEZ continued to apologize to CHS for getting him/her involved, and reiterated that they would take CHS wherever s/he

wanted to go.  As the the trailer, ABELARDO LOPEZ started to speed.  DANIEL MACKETT told him to slow down and drive normally.

39.     Inside the TARGET VEHICLE, G.B. was crying, and telling them "bro, I wanna call my kids."  According CHS, ABELARDO LOPEZ responded with something to the effect of "why do you keep saying that, you act like we're going to hurt you."  G.B. repeated "just let me talk to my boys."  G.B. was told by ABELARDO LOPEZ and DANIEL MACKETT to shut up and to keep his head down.  Neither mentioned where they were taking him.  Ultimately, CHS was dropped off at another location on the SRPMIC.  When CHS got out of the vehicle, G.B. was still alive.

40.     Before ABELARDO LOPEZ and DANIEL MACKETT came in the door, G.B. had mentioned that he was going to stop selling drugs and go back home to his kids.  Before he was taken out of the house, CHS observed G.B. to be bleeding from the nose and mouth.  Given that he was bleeding and was forced to keep his head down in the back seat, there is probable cause that there may be biological evidence in for the form of DNA from G.B. located in the red vehicle.

41.     CHS did not think anything of where G.B. may be until messages were popping up on Facebook, claiming that G.B. was missing.  Around that time, ABELARDO LOPEZ reached out to CHS to see how s/he was doing and if s/he was all right.  He kept saying that he needed to see him/her, but that it had to be in person.  CHS believed that he wanted to talk to him/her because ABELARDO LOPEZ and DANIEL MACKETT had done something to G.B.  Overall, CHS believed that they hurt G.B.  CHS further stated that, approximately a couple weeks after the posts about G.B. being missing, ABELARDO LOPEZ messaged CHS and said that he and DANIEL MACKETT had dropped G.B. off at his "baby mama's" house.

42.     CHS had heard a number of rumors, including that pieces of G.B.'s body had been found in various parts of the SRPMIC. This is notable, because on February 23, 2023, DANIEL MACKETT had messaged CHS asking him/her when they were going to meet up. DANIEL MACKETT promised CHS that he would get him/her back "in one piece." Each word was surrounded by a "laughing" emoji. CHS didn't think much of it until the rumors of G.B. being found in pieces had surfaced.

**Interview with A.R.**

43.     On February 26, 2023, SRPD Detective Jose Ramirez and I interviewed A.R. It should be noted that investigators approach A.R.'s statements with caution because of her previous behavior and inconsistent statements.

44.     For example, A.R. was recently named a suspect in a theft and criminal damage incident. This incident occurred after she was provided services by the SRPMIC. A.R. had been recently provided accommodation at a local hotel. During her stay, it was alleged that A.R. had drug paraphernalia in her room, had been involved in theft from the hotel, and had run up a bill for room service of approximately $2,000.

45.     In addition, A.R. was alleged to have been the victim of a shooting, and provided inconsistent statements concerning that incident, which led to the dismissal of tribal charges and declination of federal charges. On October 8, 2022, A.R. was shot in the leg. A.R. told the responding officer that she was walking home when an unknown individual shot her. Later that morning, A.R. was interviewed again at the hospital. At first, she refused to identify the person who shot her because she said she was scared, but later, she said that R.R. shot her because A.R. had fought with P.V. (R.R.'s brother, and A.R.'s boyfriend). A.R. said that P.V. was not present for the shooting, and would not have allowed R.R. to shoot her. Tribal charges were brought against R.R. Approximately

15

four months later, A.R. was with a victim advocate, gestured to her injuries, and said that P.V. did this to her.  According to an SRPD report, the victim advocate said that A.R. said that P.V. pulled the trigger, not R.R.  A.R. was re-interviewed, and A.R. said that R.R. shot her, and she never said that P.V. shot her.  These inconsistencies, and A.R. behavior, led to the dismissal of tribal charges and declination of federal charges.

46.     A.R. has also been unreliable when meeting to follow up with cases she is involved in, and has drastic mood swings, often walking away from services after requesting them. A.R. is a known drug abuser and addict who has not been successful with rehabilitation.

47.     Notwithstanding the above, there is reason to believe that statements A.R. made related to G.B.'s disappearance have some indicia of reliability, and therefore help establish probable cause for this requested warrant, as detailed below.

48.     Initially A.R. wanted to speak with investigators about "distribution," and to receive monetary compensation for her information.   As the discussion continued, investigators asked her to discuss information pertaining the alleged death of G.B.  She agreed to discuss what had happened to G.B., but did not want any charges put on her for any involvement she may have had in the incident.  She said she knew "everything," including who did it, how they did it, and where G.B.'s body was.  It should be noted that A.R. was told that she was being treated as a witness at this point.  No promises were made to A.R.  Because this was a non-custodial interview, she was told multiple times that she would be able to walk out of the interview when it was over, and was not being taken into custody that day.

49.     A.R. knew G.B. to live in a white, double-wide trailer on property belonging to D.M.  The trailer sat next to a garage that could be used for oil changes.  The trailer was

across an open field from D.M.'s residence. This is known to be the same trailer that investigators had previously searched. A.R. and G.B. would talk occasionally, however, he had recently started to come at her "sexually," making comments such as "suck my dick." The comments had gotten worse after A.R. was shot. Explaining that she did not like the comments, she stated "why is he on the rez if he was gonna disrespect us like that?"

50. A.R. and ABELARDO LOPEZ are cousins. A.R. was known to get things for ABELARDO LOPEZ that he liked, and he would pay for them, likely with drugs. A.R. described being handy, including taking care of the yard at ABELARDO LOPEZ's home. It was described as the home that "burned down." Investigators know this property to be 2087 North Extension Road. A.R. had previously heard that ABELARDO LOPEZ and DANIEL MACKETT had told G.B. to get off of the reservation. A.R. initially thought that it had been drug related, however she believed ABELARDO LOPEZ had told her at one time that G.B. had tried to get with the mother of his children. G.B. was known to previously live on the property of 2087 North Extension Road, in a small white trailer on the west side of the property.

51. On one unknown day, A.R. had ended up at the home of ABELARDO LOPEZ, where she told him that she knew where "Nutty" was. "Nutty" is the known nickname of G.B. When ABELARDO LOPEZ questioned her, A.R. stated that she knew where G.B. was living and that D.M. was helping him out. ABELARDO LOPEZ became upset because he had thought G.B. was gone from the reservation.

52. A.R. had ended up at ABELARDO LOPEZ's home after she had been at G.B.'s trailer. She had gone there to purchase "meth." When she arrived, G.B. appeared "high," and had been carrying a shotgun. Shortly after her arrival, he put the shotgun away under his bed. G.B. told her that he didn't have any drugs to sell her, but told her, "suck

my dick." This upset A.R., who ultimately ended up leaving, and wound up at ABELARDO LOPEZ's home.

53.     After telling him what had happened, ABELARDO LOPEZ told her to go home, and he would pick her up in an hour. Approximately one hour later, ABELARDO LOPEZ and DANIEL MACKETT showed up at A.R.'s home. They arrived in a small, red vehicle that she believed belonged to ABELARDO LOPEZ's girlfriend's grandmother. (*Note*: This is consistent with the description of the red vehicle discussed by the CHS and found at 2087 North Extension Road.) Therefore, there is probable cause that this vehicle is the TARGET VEHICLE. The two of them had what was described as long gun with them. It was a longer firearm, complete with a pistol grip and a sling. A.R. was sure that it was a real firearm. DANIEL MACKETT had the firearm in his possession when they arrived. As they approached the trailer, they did not discuss what was going to happen once they got there. According to A.R., ABELARDO LOPEZ and DANIEL MACKETT appeared to know what they were going to do. She told them to park in the rear of the trailer so G.B. would not see them coming. She believed that they were going to potentially "jack" G.B., beat the shit out of him, and possibly take him off of the reservation.

54.     When they arrived, A.R. walked into the trailer first and found G.B. inside. She also claimed that [CHS] was present, sitting on G.B.'s bed. Because he was used to her being around, G.B. did not pay much attention to A.R. ABELARDO LOPEZ came through the door, followed by DANIEL MACKETT. DANIEL MACKETT pushed past everyone, went towards G.B., and punched him in the face with a closed fist. At the same time, ABELARDO LOPEZ told G.B. to get on the ground. DANIEL MACKETT passed the long gun to ABELARDO LOPEZ, and continued hitting G.B. At some point, DANIEL MACKETT appeared to be confused, as if he was second guessing himself. A.R. yelled

18

"what the fuck," and questioned what DANIEL MACKETT was doing. As he stood there, she pushed past him and approached G.B. She checked G.B.'s pockets and took approximately $10 from him before taking him to the ground. Once on the ground, A.R. found what she described as string and started to tie G.B.'s arms behind his back. She claimed she hated wasting time, that she wanted to get in and get out without anyone seeing them, and that she wanted to go and get high. A.R. was not good at tying the string, so DANIEL MACKETT stepped in and finished tying G.B. up.

55.     As G.B. was bound, ABELARDO LOPEZ and DANIEL MACKETT continued to kick him and say, "I thought we told you to stay the fuck off the rez." At the time, G.B. was bleeding from the mouth and looked scared. A.R. went off to locate G.B.'s shotgun. After finding it, she turned it over to ABELARDO LOPEZ. A.R. mentioned that ABELARDO LOPEZ had addressed [CHS], telling him/her that everything would be all right and that they wouldn't hurt him/her.

56.     A.R. told ABELARDO LOPEZ that she would pull the TARGET VEHICLE around to the front of the trailer. Prior to her doing so, she had been passed the long gun that DANIEL MACKETT had brought with him. She placed the long gun in the driver's side of the vehicle, leaning against the "stick shift." After pulling around, she left the vehicle running and walked back inside. ABELARDO LOPEZ walked outside and placed G.B.'s shotgun inside the vehicle. It had been determined that A.R. would walk off on her own, and that ABELARDO LOPEZ and DANIEL MACKETT would take G.B. and [CHS] with them in the vehicle. G.B. was placed in the back seat of the vehicle before it took off.

57.     A.R. next saw ABELARDO LOPEZ a couple days later. He told her that people were "tripping on him" because he did not feel any remorse or feelings about killing G.B. She then explained that he had used the words "killing Nutty." He told A.R. that

G.B. had tried to flee from them through the desert. ABELARDO LOPEZ, who laughed as he told the story, explained that G.B. had taken off running and then "shit, I shot him" and didn't feel anything about it. She believed that the incident occurred at the 2087 North Extension Road property. A.R. eventually left the area.

58.    Later that day, A.R. returned to 2087 North Extension Road. ABELARDO LOPEZ told her that she needed to help get rid of the body. He said that all of their names were "on it" and that, since she had helped set the whole thing up, it was on her as well. A.R. called it "fucked up" and told him that she would not have wanted any part of it if she knew what was going to happen. She believed they were going to just take him off of the reservation.

59.    A.R. then explained that G.B.'s body had been placed in a broken-down vehicle near the trailer that G.B. had lived at on the 2087 North Extension Road property. The trailer was described as being in the front of the main structure, with the door of the trailer actually facing main structure. She described the vehicle as a broken-down vehicle that was next to an SUV that was parked on the property as well. G.B.'s body had been placed in the trunk of that vehicle. ABELARDO LOPEZ remarked how hard it had been to get G.B.'s body into the vehicle, notably his legs. He tried to get A.R. to close the trunk, but she would not. When she was near the vehicle, she observed part of G.B.'s leg hanging out of the trunk. She described the leg as having a bony knee, black skin, and wearing the same shorts that she knew G.B. to have had on the day he was taken from his trailer. Based on this information, there is probable cause that the body in the back of the vehicle belonged to G.B., and therefore, there is evidence of G.B.'s homicide in the white sedan.

60.    A.R. said that she felt as if she had no choice in helping ABELARDO LOPEZ get rid of G.B.'s body. She felt as though he would "get her" if she didn't help. She then

said that ABELARDO LOPEZ is known to have a long gun with him, and is known to always have knives on him. ABELARDO LOPEZ told A.R. to come back the next day.

61.    When A.R. returned the next day, ABELARDO LOPEZ told her to go and get firewood. She and "Ernie," later identified as E.P., went to the home of R.V. to retrieve firewood. They procured approximately seven or eight large pieces of wood and placed them into the back of E.P.'s SUV. A.R. believed that the vehicle may have been a Tahoe. When they returned, ABELARDO LOPEZ told them to go home for the day. At this time, A.R. observed G.B.'s body to still be inside the same broken-down vehicle. ABELARDO LOPEZ gave A.R. some "meth," and she went home.

62.    Approximately two days later, A.R. went back to ABELARDO LOPEZ's residence. He appeared to be "jolly." He told her not to worry, that they had gotten rid of the body. He then told her to "look in the bucket right there." He then went into "scientific shit" about burning a body. When she asked him if he had used all of the firewood, he indicated that he had, and told her it took two days to burn the body. When she looked into the "bucket," she saw various charred pieces. He told her that it was his entire body in the "bucket." She didn't know if he actually burned the body or chopped it up. ABELARDO LOPEZ had planned to spread pieces of G.B.'s body in various places of the SRPMIC. He gave her more "meth," and she ended up leaving.

63.    A couple of days later, ABELARDO LOPEZ found A.R. at her residence. When he picked her up, he told her that there was an "emergency" and that "Nutty is gone." He told her that G.B.'s body was in the back of E.P.'s vehicle, and that the vehicle had been taken. A.R.'s cousin, M.J., had lost her phone as well when the vehicle was taken. M.J. ultimately got on to ABELARDO LOPEZ's computer to track the location of her telephone. They tracked the telephone to a location near the border between the reservation

and Mesa, Arizona. When ABELARDO LOPEZ wanted to go and find the vehicle, he told A.R. that she could not go. She had fallen out of favor with him after he found out that she had stolen items from him, including a bong and torch. A.R. had sold the items. As a result, he told her she needed to pour acid on her hands or fight "three chicks." Somehow that number was lowered, and she ended up fighting M.J. instead.

64.    When ABELARDO LOPEZ went to find E.P.'s vehicle, he observed that it was parked inside of a gated tow yard, later identified as being in Mesa, Arizona. Normally, he would have tried to take the vehicle, however, there had been too much security around. A.R. was unsure of what happened to the vehicle or if it was ever picked up. A.R. initially believed that the vehicle was a black Tahoe, but she was not 100% sure.

65.    Investigators attempted to identify the vehicle that belonged to E.P. Based on information regarding an arrest of M.J. around the same time, December 2022, investigators were able to determine that the vehicle in question was a silver, Nissan Armada, that did not have a license plate. When confronted on whether it could be an Armada, A.R. claimed that she remembered hearing that word. The identified vehicle was known to have been searched by the Mesa Police Department on December 30, 2022, as part of an unrelated investigation. Further information about this vehicle is detailed below.

66.    A.R. explained that she was originally living in a "foreclosed" home that belonged to D.M. She claimed to be doing D.M.'s dirty work. This meant that she cleaned out trailers on D.M.'s property, or what she thought belonged to D.M. A.R. was ultimately forced to leave the foreclosed home. As a result, D.M. told her that she could stay in the same trailer that G.B. had been staying in the day he was taken away. A.R. admitted to cleaning the trailer after she moved in, claiming it felt wrong because she knew what had happened. A.R. used bleach and water to clean up drops of blood that had fallen on the

22

floor. She explained that G.B.'s lip was busted and there had been drops of blood on the floor. She was not sure if she cleaned it all up. The rags she had used had been tossed outside of the back door. (*Note*: To date, no rags matching that description have been recovered.) A.R. did not know if anyone had come in behind her and cleaned or painted in the trailer. She denied painting herself. She did admit that she cleaned on her own and nobody had told her to do it.

67.    A.R. was asked why she had come forward. Her intention was not to talk to law enforcement about what had happened, but she did not want to go back to the reservation. She knew that G.B.'s family was looking for him and she was sorry that she had any part in what had happened. Finally, she believed that DANIEL MACKETT was getting paranoid and may take her out. Approximately two weeks prior to her interview, DANIEL MACKETT had threatened her. He told her, "if you're talking, you're talking too much" and "if you answer my questions, you'll tell anyone." He then told her that if her name came up on anything, he would take her out.

68.    As far as A.R. knew, DANIEL MACKETT was present when G.B. was allegedly killed. She based this off of his demeanor and questioning of her, as well as the fact that DANIEL MACKETT was the one primarily hitting G.B., and nobody else knew he was there. As far as A.R. knew, ABELARDO LOPEZ was the one who shot G.B. The only thing she had actually seen was what had happened at the trailer. She could not be sure if DANIEL MACKETT was present when G.B. was allegedly killed or when his body was allegedly burned.

69.    At the conclusion of the interview, A.R. stated that when she looked into the "bucket" that ABELARDO LOPEZ had told her contained G.B.'s body, she had seen

approximately two or three long, white pieces.  She put her hands up as if to show they were the length of a ruler.

70.      After the interview was terminated, Detective Ramirez and I followed up with A.R. at her hotel.  A.R. was shown a surveillance photograph of 2087 North Extension Road that had been taken on January 31, 2023, prior to the execution of the above-mentioned search warrant by FBI SWAT.  In the photograph is a small, red vehicle parked to the left of the main structure.  A.R. confirmed that the red car in the photograph was the vehicle driven by ABELARDO LOPEZ when they drove to the trailer the day that G.B. was taken away.  It should be noted that surveillance on January 31, 2023, confirmed that the red Hyundai sedan in the photograph is the one that investigators observed ABELARDO LOPEZ driving that day, bearing AZ license plate 4GA99B [the TARGET VEHICLE].  Given that information, there is probable cause that it was the same red vehicle that G.B. had been put into by ABELARDO LOPEZ and DANIEL MACKETT.  That, along with the information from A.R. that G.B. was bleeding, and that blood was dripping on the floor, establishes probable cause that the red vehicle [TARGET VEHICLE] may contain biological evidence pertaining to G.B.

71.      In addition, A.R. pointed out the trailer in the front of the property.  It is seen directly behind a fence that appears to be covered in a white fabric.  She pointed to an area between the trailer and the fence and indicated that the vehicle she had seen G.B.'s body in was behind that fence.  She then pointed to a black SUV parked next to what appears to be a white object between the fence and the trailer.  The SUV does not belong to E.P., and the vehicle to the left of it was where G.B.'s body was:



72.     On March 27, 2023, Detective Ramirez met with A.R.  During the meeting, A.R. was shown the following photographs:

a.     A photograph taken by FBI ERT on February 2, 2023, that appears to show a white vehicle sitting in front of the trailer located at 2087 North Extension Road. A.R. confirmed that the vehicle is the one she saw G.B.'s body in.  It should be noted that the photograph was taken two days after the surveillance photograph on January 31, 2023:



     b.     Photographs of a small red vehicle, known to be the TARGET VEHICLE, were shown to A.R. the previous day.  The two photographs were also taken by FBI ERT on February 2, 2023.  They are known to be photographs of the same vehicle in the surveillance photograph from January 31, 2023.  A.R. confirmed it was the vehicle that was driven by ABELARDO LOPEZ on the day G.B. was taken from his trailer:

 

## Consent Search of Nissan Armada, Referenced Above

73.    On March 27, 2023, Detective Knueppel was conducting follow-up on the previously mentioned 2006 Nissan Armada, believed to belong to E.P. He learned that on or about December 30, 2022, the Nissan Armada was involved in an unrelated investigation conducted by the Mesa Police Department. As a result, the Nissan Armada was seized by the Mesa Police Department, and searched pursuant to a search warrant in the investigation. During processing, the processing detective noted that there were three containers in the rear of the vehicle. Mesa Police Department Detective Macias recalled seeing two, five-gallon buckets, that were filled with rocks and dirt. At the time, Detective Macias was unaware of the significance of the potential contents of the buckets. Additionally, the following three photographs of interest were collected:

  

74.    On or about December 31, 2023, the Nissan Armada was reported stolen by E.P. The vehicle was ultimately returned to E.P.

75.    On March 28, 2023, members of the FBI CASTTF conducted a physical surveillance at 5922 West Whitton Avenue, Phoenix, Arizona, in order to locate the Nissan Armada.  Open-source research showed that the current registered owner of the vehicle, J.L., lived at this address.   At approximately 3:15 p.m., investigators observed the following vehicle, which now bears AZ License Plate C7A89M:

 

76.    FBI CASTTF members made contact with the owner, J.L.  J.L. advised that he had purchased the vehicle on January 8, 2023, from a man named "Manuel."  J.L. advised that "Manuel" had told him that he had recently purchased the vehicle from a police auction, and that "Manuel" had cleaned it up a little before selling it to J.L.  J.L. told investigators that there were two large trash cans filled with dirt and other things still in the rear hatch/trunk area of the vehicle.  J.L. claimed that he never touched the trash cans or their contents because the rear hatch/trunk was broken, and could not be opened.  Detective Knueppel was able to observe the two trash cans in the rear of the vehicle.  J.L. allowed him to enter the vehicle to observe the contents.  Detective Knueppel observed a welding mask along with other items.  Both of the trash cans were filled with what appeared to be dirt and unknown rock or other hard substances, which included hard white substances and

burnt or charred substances.   Detective Knueppel secured the vehicle pending further searching.

77.    Based on his findings, Detective Knueppel spoke with J.L. about searching his vehicle to obtain the contents inside the trash cans and any other evidence items of merit.  J.L. provided written consent for investigators to conduct a search of the vehicle. At this point, the FBI Phoenix ERT was called out to assist with the evidence collection.

78.    During the search of the vehicle, FBI ERT members pulled the two trash cans from the vehicle.  Contents of the trash cans were processed.  Inside the trash cans were multiple items of evidence, including a significant amount of what appeared to be potential human remains:

  

79.    The potential remains were collected to be sent to the FBI Lab for further processing.

80.    While the search was ongoing, SRPD Detective Lundy and CASTTF TFO Cenia Kila interviewed "Manuel" at his residence, 6509 McKinley Street, Phoenix, Arizona.  Manuel had purchased the Nissan Armada before selling it to J.L.  Manuel advised that he did purchase the vehicle from a "native chick" and had receipts for the vehicle's purchase.  These receipts were for where the vehicle was impounded, and who it was towed by.  Manuel stated that he saw someone was selling the vehicle on a messaging

application and wanted to purchase it.  Manuel stated the "native chick" told him the vehicle was stolen by someone she had known, and she didn't want the vehicle anymore. Det. Lundy showed Manuel a Arizona Motor Vehicle Division photograph of E.P., who was known to last occupy the vehicle through prior investigative resources.  Manuel confirmed E.P. was the same person he bought the vehicle from.  Manuel advised there were groceries and other items which he threw out when obtaining the vehicle.  Manuel noted a white, five-gallon bucket was in the vehicle, and confirmed it after seeing a photograph.  He stated he threw away the bucket as it appeared to be filled with rocks and dirt.  Manuel advised this occurred months ago and the trash had already been collected. Manuel confirmed that he sold the vehicle to J.L., who is a friend.  Manuel confirmed he could not access the back part of the Nissan Armada because the back hatch was broken. Manuel stated he couldn't get the other items out of the trunk, so he left them inside of it when he sold it to J.L.

**Confirming Whereabouts of the White Sedan**

81.    On March 27, 2023, members of the FBI CASTTF conducted a physical surveillance at 2087 North Extension Road to determine if the white sedan was still present at the property.  During surveillance, the following photographs were taken:

a.    Photograph #1:  An overall view of the property.  Visible in the photograph is white trailer located at the front (west side) of the property.  Directly in front

of the trailer is a white, four door sedan.  Parked directly to the right of the sedan is the
same black SUV seen in previous surveillance photographs from January 31, 2023:



     b.     Photograph #2: A close up photograph of the white, four-door sedan.
The sedan is placed between the white trailer and what appears to be a fence that had since
come down.  Around the fence appears to be a white fabric:



31

82.     For comparison purposes, the following photograph was taken during surveillance by FBI CASTTF on 2087 North Extension Road on January 31, 2023.  The photograph appears to show that there is a white trailer in the front (west side) of the property.  Directly in front of the trailer is what appears to be a white, four-door sedan. The sedan appears to have the same front grill as the white sedan in the photograph above from March 27, 2023.  Finally, the sedan appears to be parked behind what looks to be the same black SUV as in the photograph from March 27, 2023.  Both are sitting in the same position and are next to a fence that has what appears to be a white fabric on it:



83.     Investigators were not able to obtain a license plate or VIN number for the white sedan.  Given its position on the property and the open desert nearby, it is reasonable to believe that those associated with ABELARDO LOPEZ and DANIEL MACKETT would foreseeably observe investigators at the property.  This would tip them off and potentially set them to destroy any potential evidence.

84.     On March 30, 2023, Federal Search Warrant 23-9219MB was issued by U.S. Magistrate Judge Eileen S. Willett for the seizure and search of the aforementioned white sedan.  Later that day, FBI CASTTF members located the white sedan at 2087 North Extension Road.  The white sedan was then seized and transported to the FBI Phoenix Field Office, where it will be processed by the FBI Phoenix ERT.

85.     On March 30, 2023, members from the FBI CASTTF members conducted physical surveillance to locate the TARGET VEHICLE.  During the surveillance, the TARGET VEHICLE was located at 10285 East Oak Street, Scottsdale, AZ (within the exterior boundaries of the SRPMIC).  Investigators saw the TARGET VEHICLE parked in the driveway and verified the license plate as 4GA99B, which is the same as the one on the TARGET VEHICLE.  At the time of this affidavit, investigators have confirmed that the vehicle is still sitting at 10285 East Oak Street, Scottsdale, AZ.

86.     Though A.R. has previously provided inconsistent statements, is a drug user, and has potential criminal exposure as detailed above, the finding of the Nissan Armada and trash cans with possible remains, in connection with all of the information set forth above, establishes probable cause to seize the TARGET VEHICLE and have it processed by the FBI Phoenix ERT for evidence pertaining to the alleged death of G.B.

## **CONCLUSION**

87.     Based on my training and experience, consultation with other special agents and law enforcement officers, and the facts as set forth in this affidavit, there is sufficient probable cause to believe a violation of 18 U.S.C. §§ 1153 & 1111 has been committed, and evidence of the crime will be found in the vehicle described in this affidavit and Attachment A.


This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.  I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 30th day of March, 2023

**DANIEL BAKE** Digitally signed by DANIEL BAKI
Date: 2023.03.30 17:15:22 -07'0'
_____
DANIEL F. BAKER
Special Agent, Federal Bureau of Investigation


Subscribed and sworn to telephonically, this __30__ day of March, 2023.

_E.s.Willett_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge, District of Arizona

34